Mrs. N. J. SMITH et al., Appellants, v. R. P. DOROUGH, Trustee, Appellee. *

No. 6021.

Circuit Court of Appeals, Fifth Circuit.

Nov. 24, 1930.

J. Q. Mahaffey and C. E. Bryson, both of Texarkana, Tex. (H. A. O'Neal and Ben A. Harper, both of Atlanta, Tex., and John J. King and J. I. Wheeler, both of Texarkana, Tex., on the brief), for appellants.

Elmer L. Lincoln and S. I. Robison, both of Texarkana, Tex., for appellee.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The decree is affirmed.

William WINGERT, Lewis P. Wingert, and Miller Wingert, Executors of Henry F. Wingert, Deceased, Appellants, v. PRESIDENT, DIRECTORS & COMPANY OF THE HAGERSTOWN BANK, the First National Bank, and the Mechanics' Loan and Savings Bank, all of Hagerstown, Maryland, Appellees.

No. 3036.

Ciruit Court of Appeals, Fourth Circuit.

Oct. 28, 1930.

'Rehearing denied December 19, 1930.

Miller Wingert, of Hagerstown, Md., for appellants.

Robert H. McCauley, of Hagerstown, Md. (Alexander Armstrong and Edward Oswald, Jr., both of Hagerstown, Md., on the brief), for appellees.

Before PARKER and NORTHCOTT, Circuit Judges, and GRONER, District Judge.

PER CURIAM.

We have carefully examined the record in this case, and see no ground for disturbing the findings of the special master, which were adopted and approved by the court below. The case is governed in all respects by the principles followed by us in the case of Wingert v. President, Directors and Company of Hagerstown Bank (C. C. A. Md.) 41 F.(2d) 660; and, on the authority of the decision there, the decree of the District Court is affirmed.

Affirmed.

AMERICAN BENTONITE CORPORATION, O. W. Smith, and J. Benjamin Ott v. CLARK EQUIPMENT CO. and Sialco, Inc.

No. 5454.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1930.

Chindahl, Parker & Carlson, of Chicago, Ill., and Frank E. Liverance, Jr., of Grand Rapids, Mich., for appellants.

Knappen, Uhl & Bryant, of Grand Rapids, Mich., and H. M. Huxley, of Chicago, Ill., for appellees.

Before DENISON and HICKS, Circuit Judges, and JONES, District Judge.

PER CURIAM.

Decree of District Court affirmed.